| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zive, Gregg W. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Nevada | 3. Date of Report<br><br>07/11/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

7. Chambers or Office Address

U.S Courthouse
300 Booth Street, 5th Floor
Reno, NV 89509

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | ▨ |
| 2. | Advisory Board | ▨ |
| 3. | Limited Partner | ▨ |
| 4. | Successor Trustee | Trust #1 |
| 5. | Trustee | Trust #3 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Bighorns Basketball LLC-scorekeeper | $275.00 |
| 2. 2013 | Pacific Coast League-scorekeeper | $770.00 |
| 3. 2013 | Reno-Sparks Convention & Visitor's Authority-scorekeeper | $200.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 21, 2013 | Las Vegas, NV | Conference | (transportation, meals and room) |
| 2. | American Bankruptcy Institute | January 24-25, 2013 | Denver, CO | Conference | (transportation, meals and room) |
| 3. | American Bankruptcy Institute | February 20-21, 2013 | Las Vegas, NV | Conference | (transportation, meals and room) |
| 4. | State Bar of Arizona | March 7-8, 2013 | Tuscon, AZ | Conference | (transportation, meals and room) |
| 5. | American Bankruptcy Institute | March 22, 2013 | Los Angeles, CA | Conference | (transportation, meals and room) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zive, Gregg W. | 07/11/2014 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 6. | National Conference of Bankruptcy Judges | April 8-9, 2013 | Phoenix, AZ | Conference | (transportation, meals and room) |
| 7. | American Bankruptcy Institute | April 18-22, 2013 | Washington, D.C. | Conference | (transportation, meals and room) |
| 8. | Bankruptcy Bar Association of S.D. of Florida | May 9-12, 2013 | West Palm Beach, FL | Conference | (transportation, meals and room) |
| 9. | American Bankruptcy Institute | May 21-24, 2013 | Dallas, TX | Workshop | (transportation, meals and room) |
| 10. | Turnaround Management Association | July 17-19, 2013 | Laguna Beach, CA | Conference | (transportation, meals and room) |
| 11. | American Bankruptcy Institute | August 22-24, 2013 | Lake Tahoe, NV | Conference | (transportation, meals and roomm) |
| 12. | National Conference of Bankruptcy Judges | September 17-19, 2013 | Washington, D.C. | Reception | (transportation, meals and room) |
| 13. | National Conference of Bankruptcy Judges | October 28-November 1, 2013 | Atlanta, GA | Conference | (transportation, meals and room) |
| 14. | American Bankruptcy Institute | November 1, 2013 | Atlanta, GA | Conference | (transportation, meals and room) |
| 15. | American Bankruptcy Institute | December 5-7, 2013 | Los Angeles, CA | Conference | (transportation, meals and room) |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▉▉▉▉▉▉▉▉ | A | Interest | K | R | | | | | See comments (Part VIII) |
| 2. Bank of America, Reno, NV | A | Interest | K | T | | | | | |
| 3. Bank of America, Reno, NV | | None | J | T | | | | | |
| 4. City National Bank Money Market, Reno NV | A | Interest | M | T | | | | | |
| 5. ▉▉▉▉▉▉. Profit Sharing Plan | | None | M | T | | | | | |
| 6. Wells Fargo Advisors Rollover IRA | D | Dividend | M | T | | | | | |
| 7. - Investment Co. of America | | | | | | | | | |
| 8. - Wells Fargo Bank Deposit | | | | | | | | | |
| 9. - Mutual Ser FD Inc Discovery Fund | | | | | | | | | |
| 10. Wells Fargo Advisors IRA | E | Dividend | N | T | | | | | |
| 11. -Wells Fargo Bank Deposit | | | | | | | | | |
| 12. - Lehman Bros. Holding | | | | | | | | | |
| 13. - Chevron Corporation | | | | | | | | | |
| 14. - Franklin Real Estate Secs Tr | | | | | | | | | |
| 15. - Europacific Growth Fund | | | | | | | | | |
| 16. - Growth Fund America Inc (Class A) | | | | | | | | | |
| 17. - Growth Fund America Inc (Class C) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Mutual Ser FD Inc Discovery FD (Class C) | | | | | | | | | |
| 19.  - RCM Global Technology Fund (Class C) | | | | | | | | | |
| 20.  - Alger Health Sciences Fund (Class C) | | | | | | | | | |
| 21.  Wells Fargo Advantage Muni Money Market | | None | J | T | | | | | |
| 22.  Boeing Company | A | Dividend | J | T | | | | | |
| 23.  Coca-Cola | A | Dividend | K | T | | | | | |
| 24.  Eaton Vance Municipals Trust EV Classic Fund | B | Int./Div. | | | Sold | 12/16/13 | L | | |
| 25.  Eaton Vance Insured Muni Bond Fund | A | Interest | | | Sold | 12/16/13 | J | | |
| 26.  Blackrock FDS US Opportunities Port (Class C) | D | Dividend | K | T | | | | | |
| 27.  Alger Cap Appreciation Fund Class C | B | Dividend | K | T | | | | | |
| 28.  Eaton Vance Natl Ltd Maty Income FD Class C | A | Interest | L | T | Buy | 12/16/13 | L | | |
| 29.  Wells Fargo Bank Deposit (X) | | None | J | T | Buy (add'l) | 12/19/13 | J | | |
| 30.  Harbor Fd Intl Fd Inv CL | A | Dividend | J | T | | | | | |
| 31.  Buffalo Small Cap Fd | A | Dividend | J | T | | | | | |
| 32.  Hotchkis & Wiley Fds Diversified Value Fund | A | Dividend | J | T | | | | | |
| 33.  MFS Ser Tr Value Fund Class W | A | Dividend | J | T | | | | | |
| 34.  Pimco Fds Mgmt Ser Real Return Strat Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rainier Funds Md Cap Equity Portfolio | A | Dividend | J | T | | | | | |
| 36. Touchstone Instl Fds Tr Sands Cap Instl Growth | A | Dividend | J | T | | | | | |
| 37. WT Mut Fd Crm Mid Cap Value Fd Instl | A | Dividend | J | T | | | | | |
| 38. Janus Invt FD Flexible BD FD Class I | A | Dividend | J | T | | | | | |
| 39. Lazard Developing Markets Equity CL | A | Dividend | J | T | | | | | |
| 40. Oppenheimer Intl Growth FD Class Y | A | Dividend | J | T | | | | | |
| 41. Pimco FDS Pac Invt Mgmt Series Total Return | A | Dividend | J | T | | | | | |
| 42. Pioneer Fund Class Y | A | Dividend | J | T | | | | | |
| 43. Stratton FDS Inc Small Co Oppty CL I | A | Dividend | J | T | | | | | |
| 44. Victory Portfolios Small Co Oppty CL I | A | Dividend | J | T | | | | | |
| 45. Wells Fargo FDS TR Advantage FD CL I | A | Dividend | J | T | | | | | |
| 46. Thornburg Intl Value FD | A | Dividend | J | T | | | | | |
| 47. William Blair FDS Small Cap Growth Fd CL (X) | A | Dividend | J | T | | | | | |
| 48. Bond Fund of America | A | Dividend | K | T | | | | | |
| 49. Trust #1 | E | Dividend | | | | | | | See Comments (Part VIII) |
| 50. - Nevada State Bank | | | | | Closed | 09/15/13 | J | | |
| 51. - Notes Receivable (Matthew & Beverly Bayan) | | | | | Matured | 07/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust #3 | D | Int./Div. | N | | | | | | See Comments (Part VIII) |
| 53. -City National Bank Money Mkt, Reno NV | | | | T | | | | | |
| 54. -Mutual of Omaha Bk CD | | | | | Matured | 09/17/13 | M | | |
| 55. - Brokerage #1 | | | | T | | | | | |
| 56. -Money Market Fund-Stifel Nicolaus | | | | | | | | | |
| 57. - Franklin Cust FDS Income US Govt Ser Class A | | | | | | | | | |
| 58. - Franklin Income Fund CL A | | | | | | | | | |
| 59. - Nuveen All American Muni Bond FD CL A | | | | | | | | | |
| 60. - Eaton Vance Insured Municipal Bond Fd | | | | | | | | | |
| 61. - Pimco Muni Income Fd III | | | | | | | | | |
| 62. - Federated Strat Value Dividend CL A | | | | | Buy | 09/23/13 | K | | |
| 63. - AIM Invesco Equity and Income CL A | | | | | Buy | 09/23/13 | K | | |
| 64. - Mutual of Omaha Bank, Reno NV | | | | | Closed | 09/23/13 | J | | |
| 65. Nevada State Bank, Reno, NV Money Market | A | Interest | M | T | | | | | |
| 66. Nevada State Bank, Reno, NV Time Investement CD | A | Interest | | | Matured | 08/16/13 | L | | |
| 67. RBC Dain Rauscher IRA | C | Int./Div. | M | T | | | | | See Comments (Part VIII) |
| 68. | D | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 07/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Tamarack Invt FDS Prime Money Market | | | | | | | | | |
| 70. -Invesco Select Real Estate Income Fund | | | | | | | | | |
| 71. - Growth Fund of America | | | | | | | | | |
| 72. - Franklin Templeton Funds Mutual Beacon | | | | | Sold | 12/17/13 | J | | |
| 73. - Henderson Global Intl Opps | | | | | | | | | |
| 74. - Franklin US Gov Sec Series | | | | | Sold (part) | 11/05/13 | J | A | |
| 75. - US Treasury Bonds Moody AAA | | | | | | | | | |
| 76. - Franklin Founding FD Alloc A | | | | | | | | | |
| 77. - Columbia FDS Ser TR II Mass Seligman Comm & Info CL C | | | | | | | | | |
| 78. - Ivy FDS Inc Small Cap Growth FD CL C | | | | | Buy | 12/17/13 | J | | |
| 79. ▅▅▅▅▅ | None | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII  Line 1.  6.25 %  limited partnership interest; apartment complex.  Original purchase price of $50,000 in April 1994.

VII. Line 49. Became a successor trustee for this trust in 2006. Beneficial interest in this trust is 25%. Column C and D for trust assets are reported at 100%, and income reported in column B is reported at the beneficial interest of 25%. Note that this Trust was terminated in  September of 2013 and all income was distributed out to the beneficiaries.

VII. Line  52. This trust was created February 12, 2007. 100% beneficial interest in this trust.

VII. Line 67. Beneficiary of this decedent IRA from which Required Minimum Distributions (RMD) are required to be taken annually.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg W. Zive**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544